MAYER BROWN LLP
Dale J. Giali (SBN 150382)
*dgiali@mayerbrown.com*
Keri E. Borders (SBN 194015)
*kborders@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, California 90071-1503
Telephone:    (213) 229-5143
Facsimile:    (213) 576-8149

*Attorneys for Defendant Campbell Soup Company*

GUTRIDE SAFIER LLP
Seth A. Safier (SBN 197427)
*seth@gutridesafier.com*
Hayley A. Reynolds (SBN 306427)
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 336-6545
Facsimile: (415) 449-6469

*Attorneys for Plaintiffs Rafael Paschoal, Lisa Chong, and Adina Ringler*

MCDERMOTT WILL & EMERY LLP
Christopher M. Murphy (*pro hac vice application forthcoming*)
*cmurphy@mwe.com*
444 West Lake Street, Suite 4000
Chicago, Illinois 60606-0029
Telephone: (312) 372-2000
Jodi Benassi (SBN 309048)
*jbenassi@mwe.com*
415 Mission Street, Suite 5600
San Francisco, CA 94105-2533
Telephone: (623) 218-3800

*Attorneys for Defendant Sun-Maid Growers of California*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAFAEL PASCHOAL, LISA CHONG, and ADINA RINGLER, as individuals, on behalf of themselves, the general public and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAMPBELL SOUP COMPANY and SUN-MAID GROWERS OF CALIFORNIA,<br><br>Defendants. | Case No. 3:21-cv-07029-HSG<br><br>**JOINT STIPULATION AND ORDER EXTENDING TIME AND SETTING BRIEFING SCHEDULE FOR DEFENDANTS' RESPONSES TO PLAINTIFFS' COMPLAINT**<br><br>Honorable Haywood S. Gilliam, Jr. |

Pursuant to Local Rule 6-1(a), Plaintiffs Rafael Paschoal, Lisa Chong, and Adina Ringler ("Plaintiffs"), Defendant Campbell Soup Company ("Campbell"), and Defendant Sun-Maid Growers of California ("Sun-Maid," and together with Campbell, "Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint on September 10, 2021;

WHEREAS, Plaintiffs served Sun-Maid with the Complaint on September 10, 2021;

WHEREAS, Plaintiffs served Campbell with the Complaint on September 27, 2021;

WHEREAS, both Defendants anticipate filing motions to dismiss the Complaint;

WHEREAS, to provide Defendants sufficient time to investigate the allegations of the Complaint and prepare their motions to dismiss, and to allow for a coordinated briefing schedule for all Parties, the Parties have agreed that (1) Plaintiffs shall have until October 28, 2021 to file an Amended Complaint; (2) Defendants shall have until November 18, 2021 to file their motions to dismiss the Complaint; (3) Plaintiffs shall have until December 16, 2021 to file their oppositions to Defendants' motions to dismiss; and (4) Defendants shall have until January 6, 2022 to file their reply briefs in support of their respective motions to dismiss;

WHEREAS, the proposed extension for Defendants' to respond to the Complaint will not impact any court-imposed deadlines or case management schedules, or prejudice any Party;

WHEREAS, there have been no previous requests for extension of time in this matter;

NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that (1) Plaintiffs shall have until October 28, 2021 to file an Amended Complaint; (2) Defendants shall have until November 18, 2021 to file their motions to dismiss the Complaint; (3) Plaintiffs shall have until December 16, 2021 to file their oppositions to Defendants' motions to dismiss; and (4) Defendants shall have until January 6, 2022 to file their reply briefs in support of their respective motions to dismiss.

**IT IS SO STIPULATED.**

Dated:                                         MAYER BROWN LLP
                                               DALE J. GIALI
                                               KERI E. BORDERS

| | |
|---|---|
| | By:  /s/ Keri E. Borders |
| | Attorneys for Defendant Campbell Soup Company |

Dated:                             MCDERMOTT WILL & EMERY LLP
                                   CHRISTOPHER M. MURPHY
                                   JODI BENASSI


By:   /s/ Jodi Benassi

Attorneys for Defendant Sun-Maid Growers of California


Dated:                             GUTRIDE SAFIER LLP
                                   SETH A. SAFIER
                                   HAYLEY A. REYNOLDS


By:   /s/ Seth A. Safier

Attorneys for Plaintiffs Rafael Paschoal, Lisa Chong, and Adina Ringler

3

JOINT STIPULATION & ORDER EXTENDING TIME & SETTING BRIEFING SCHEDULE FOR
DEFENDANTS' RESPONSES TO PLAINTIFFS' COMPLAINT; CASE NO. 3:21-cv-07029-HSG

**ATTESTATION**

Pursuant to Civil L. R. 5-1(i) regarding signatures, I, Keri E. Borders, attest that concurrence in the filing of this document has been obtained by all of its signatures.

/s/ Keri E. Borders
Keri E. Borders

# ORDER

Having read and considered the Joint Stipulation Extending Time and Setting Briefing Schedule for Defendants' Responses to Plaintiffs' Complaint, and for good cause appearing, it is **HEREBY ORDERED** as follows:

1. Plaintiffs shall have until October 28, 2021 to file an Amended Complaint.

2. Defendants Campbell Soup Company and Sun-Maid Growers of California ("Defendants") shall have until November 18, 2021 to file their motions to dismiss the Complaint in the above-captioned action.

3. Plaintiffs shall have until December 16, 2021 to file their oppositions to Defendants' motions to dismiss.

4. Defendants shall have until January 6, 2022 to file their reply briefs in support of their respective motions to dismiss.

**IT IS SO ORDERED.**

Dated: 10/15/2021

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE