1  MCDERMOTT WILL & EMERY LLP
   Christopher M. Murphy (*pro hac vice*)
2  *cmurphy@mwe.com*
   444 West Lake Street, Suite 4000
3  Chicago, Illinois 60606-0029
   Telephone:    (312) 372-2000
4  Facsimile:    (312) 984-7700

5  Jodi Benassi (SBN 309048)
   *jbenassi@mwe.com*
6  415 Mission Street, Suite 5600
   San Francisco, CA 94105-2533
7  Telephone:    (628) 218-3800
   Facsimile:    (628) 877-0107

8
   *Attorneys for Defendant Sun-Maid Growers of California and Plum, PBC*
9
   GUTRIDE SAFIER LLP
0  Seth A. Safier (SBN 197427)
   *seth@gutridesafier.com*
1  Hayley A. Reynolds (SBN 306427)
   *hayley@gutridesafier.com*
2  100 Pine Street, Suite 1250
   San Francisco, California 94111
3  Telephone:    (415) 336-6545
   Facsimile:    (415) 449-6469
4
   *Attorneys for Plaintiffs Rafael Paschoal, Lisa Chong, and Adina Ringler*
5
   MAYER BROWN LLP
6  Dale J. Giali (SBN 150382)
   *dgiali@mayerbrown.com*
7  Keri E. Borders (SBN 194015)
   *kborders@mayerbrown.com*
8  350 South Grand Avenue, 25th Floor
   Los Angeles, California 90071-1503
9  Telephone:    (213) 229-5143
   Facsimile:    (213) 576-8149
20
   *Attorneys for Defendant Campbell Soup Company*
21

22              **IN THE UNITED STATES DISTRICT COURT**
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
23

24  RAFAEL PASCHOAL, LISA CHONG, and          Case No.  4:21-cv-07029-HSG
    ADINA RINGLER, as individuals, on behalf of
25  themselves, the general public and those      **JOINT STIPULATION AND PROPOSED**
    similarly situated,                           **ORDER EXTENDING TIME AND**
26                                                **SETTING BRIEFING SCHEDULE FOR**
                      Plaintiffs,                 **DEFENDANTS' RESPONSES TO**
27                                                **PLAINTIFFS' FIRST AMENDED**
    v.                                            **COMPLAINT**
28

CAMPBELL SOUP COMPANY, SUN-MAID GROWERS OF CALIFORNIA, and PLUM, PBC,

       Defendants.

Honorable Haywood S. Gilliam, Jr.

Pursuant to Local Rule 6-1(a), Plaintiffs Rafael Paschoal, Lisa Chong, and Adina Ringler ("Plaintiffs"), Defendant Campbell Soup Company ("Campbell"), Defendant Sun-Maid Growers of California ("Sun-Maid"), and Defendant Plum, PBC (together, "Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on October 15, 2021, the Plaintiffs, Campbell, and Sun-Maid filed a joint stipulation (Dkt. 18), which the Court adopted (Dkt. 19) to set a deadline for Plaintiffs to file an amended complaint and extend time and setting briefing schedule for Campbell and Sun-Maid to respond to Plaintiff's Complaint;

WHEREAS, on October 28, 2021, pursuant to the stipulation, Plaintiffs filed their First Amended Complaint in which Plum, PBC was added as a defendant (Dkt. 24);

WHEREAS, Defendants anticipate filing motions to dismiss the First Amended Complaint;

WHEREAS, to allow for a coordinated briefing schedule for all Parties, including Plum, PBC, the Parties have agreed:  (1) Defendants shall have until December 2, 2021 to file their motions to dismiss the First Amended Complaint; (2) Plaintiffs shall have until January 13, 2022 to file their oppositions to Defendants' motions to dismiss; and (3) Defendants shall have until February 3, 2022 to file their reply briefs in support of their respective motions to dismiss; and

WHEREAS, the proposed extension for Defendants to respond to the First Amended Complaint will not impact any court-imposed deadlines or case management schedules, or prejudice any Party;

NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that (1) Defendants shall have until December 2, 2021, to file their motions to dismiss the First Amended Complaint; (2) Plaintiffs shall have until January 13, 2022, to file their oppositions to Defendants' motions to dismiss; and (3) Defendants shall have until February 3, 2022, to file their reply briefs in support of their respective motions to dismiss.

1

JOINT STIPULATION & ORDER EXTENDING TIME & SETTING BRIEFING SCHEDULE FOR DEFENDANTS' RESPONSES TO FIRST AMENDED COMPLAINT; CASE NO. 4:21-cv-7029-HSG

1    **IT IS SO STIPULATED.**

2

3    Dated: November 11, 2021            MCDERMOTT WILL & EMERY LLP
                                          CHRISTOPHER M. MURPHY
4                                         JODI BENASSI

5                                         By: /s/ Jodi Benassi

6
                                          Attorneys for Defendant Sun-Maid Growers of
7                                         California and Plum, PBC

8    Dated: November 11, 2021            MAYER BROWN LLP
                                          DALE J. GIALI
9                                         KERI E. BORDERS

0                                         By: /s/ Dale J. Giali

1                                         Attorneys for Defendant Campbell Soup Company

2

3    Dated: November 11, 2021            GUTRIDE SAFIER LLP
                                          SETH A. SAFIER
4                                         HAYLEY A. REYNOLDS

5                                         By: /s/ Hayley A. Reynolds

6
                                          Attorneys for Plaintiffs Rafael Paschoal, Lisa
7                                         Chong, and Adina Ringler

8

9

20

21

22

23

24

25

26

27

28

## **ATTESTATION**

Pursuant to Civil L. R. 5-1(i) regarding signatures, I, Jodi Benassi, attest that concurrence in the filing of this document has been obtained by all of its signatures.


/s/ Jodi Benassi
Jodi Benassi

JOINT STIPULATION & ORDER EXTENDING TIME & SETTING BRIEFING SCHEDULE FOR
DEFENDANTS' RESPONSES TO FIRST AMENDED COMPLAINT; CASE NO.  421-cv-07029-HSG

## **ORDER**

Having read and considered the Joint Stipulation Extending Time and Setting Briefing Schedule for Defendants' Responses to Plaintiffs' First Amended Complaint, and for good cause appearing, it is **HEREBY ORDERED** as follows:

1.      Defendants Campbell Soup Company, Sun-Maid Growers of California, and Plum, PBC ("Defendants") shall have until December 2, 2021 to file their motions to dismiss the First Amended Complaint in the above-captioned action.

2.      Plaintiffs shall have until January 13, 2022 to file their oppositions to Defendants' motions to dismiss.

3.      Defendants shall have until February 3, 2022 to file their reply briefs in support of their respective motions to dismiss.

**IT IS SO ORDERED.**

Dated: _____11/12/2021_____

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE