Christopher M. Murphy (*admitted pro hac vice*)
cmmurphy@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:    (312) 558-5600f
Facsimile:    (312) 558-5700

Dana L. Cook-Milligan (SBN: 301340)
dlcook@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA  94111-5840
Telephone:    (415) 591-1000
Facsimile:    (415) 591-1400

Attorneys for Defendants
SUN-MAID GROWERS OF CALIFORNIA
AND PLUM, PBC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| RAFAEL PASCHOAL, LISA CHONG, and ADINA RINGLER, as individuals, on behalf of themselves, the general public and those similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>CAMPBELL SOUP COMPANY, SUN-MAID GROWERS OF CALIFORNIA, and PLUM, PBC,<br><br>        Defendants. | Case No. **4:21-cv-07029-HSG**<br><br>**STIPULATION AND ORDER TO STAY PARTY DISCOVERY PENDING HEARING ON MOTION TO DISMISS** |

Pursuant to Local Rule 6-1(a), Plaintiffs Rafael Paschoal, Lisa Chong, and Adina Ringler (collectively, "Plaintiffs") and Defendants Campbell Soup Company ("Campbell's"), Sun-Maid Growers of California ("Sun-Maid") and Plum, PBC ("Plum") (collectively, "Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint against Sun-Maid and Campbell's on September 10, 2021

WHEREAS, Plaintiffs filed their First Amended Complaint on October 28, 2021, in which Plum was added as a defendant (Dkt. 24);

WHEREAS, on November 11, 2021, the parties filed a joint stipulation to set a briefing schedule for responding to the amended complaint, which the Court adopted (Dkts. 31, 32);

WHEREAS, pursuant to stipulation, Defendants filed motions to dismiss on December 2, 2021 (Dkts. 36, 38);

WHEREAS, Plaintiffs served discovery requests on Defendants on December 1, 2021;

WHEREAS, Defendants' motions to dismiss are noticed for a hearing on March 31, 2022;

WHEREAS, the parties agree that discovery among the parties should be stayed pending the March 31, 2022 hearing on Defendants' motions to dismiss;

WHEREAS, the proposed stay of party discovery will not impact any court-imposed deadlines or case management schedules, or prejudice any of the parties;

NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED, subject to approval of the Court, that discovery among the parties is stayed until March 31, 2022.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| Dated: December 30, 2021 | | **GURTRIDE SAFIER LLP** |

By: */s/ Hayley A. Reynolds*
Seth A. Safier (SBN 197427)
seth@gutridesafier.com
Hayley A. Reynolds (SBN 306427)
hayley@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 336-6545
Facsimile: (415) 449-6469

Attorneys for Plaintiffs
RAFAEL PASCHOAL, LISA CHONG,
AND ADINA RINGLER

Dated: December 30, 2021        **MAYER BROWN LLP**

By: */s/ Jennifer M. Chang*
Dale J. Giali (SBN 150382)
dgiali@mayerbrown.com
Keri E. Borders (SBN 194015)
kborders@mayerbrown.com
Jennifer M. Chang (SBN 315711)
jchang@mayerbrown.com
MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
Los Angeles, California 90071-1503
Telephone: (213) 229-5143
Facsimile: (213) 576-8149

Attorneys for Defendant
CAMPBELL SOUP COMPANY

Dated: December 30, 2021        **WINSTON & STRAWN LLP**

By: */s/ Christopher M. Murphy*
Christopher M. Murphy (*admitted pro hac vice*)
cmmurphy@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:       (312) 558-5600
Facsimile:        (312) 558-5700

| | |
|---|---|
| 1 | Dana L. Cook-Milligan (SBN: 301340) |
| 2 | dlcook@winston.com |
|   | WINSTON & STRAWN LLP |
| 3 | 101 California Street, 34th Floor |
|   | San Francisco, CA  94111-5840 |
| 4 | Telephone:      (415) 591-1000 |
|   | Facsimile:       (415) 591-1400 |
| 5 | |
|   | Attorneys for Defendants |
| 6 | SUN-MAID GROWERS OF CALIFORNIA |
|   | AND PLUM, PBC |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-l(i)(3)**

Pursuant to Civil Local Rule 5-l(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

By: */s/ Dana Cook-Milligan*
Dana L. Cook-Milligan (SBN: 301340)

# ORDER

Pursuant to the Stipulation and good cause appearing, it is ordered that discovery among the parties is stayed until March 31, 2022.

**IT IS SO ORDERED.**

Dated: 1/3/2022

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge