1
2
3
4
5
6
7                    **IN THE UNITED STATES DISTRICT COURT**
8                   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 9  RAFAEL PASCHOAL, LISA CHONG, and ADINA RINGLER, as individuals, on behalf of themselves, the general public and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAMPBELL SOUP COMPANY, SUN-MAID GROWERS OF CALIFORNIA, and PLUM, PBC,<br><br>Defendants. | Case No. 4:21-cv-07029-HSG<br><br>Honorable Haywood S. Gilliam, Jr.<br><br>**ORDER PERMITTING WITHDRAWAL OF COUNSEL** |

This matter having come before the Court on Jennifer M. Chang's Request for Withdrawal, the Court having reviewed counsel's notice and good cause appearing therefore,

IT IS SO ORDERED that Jennifer M. Chang is hereby withdrawn as counsel for Defendant Campbell Soup Company.

The clerk is hereby directed to remove Ms. Chang as attorney for Defendant Campbell Soup Company and remove her from the ECF service list in this matter.

Dated: 8/30/2022

_____
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge