1 | Christopher M. Murphy (*admitted pro hac vice*)
2 | cmmurphy@winston.com
  | WINSTON & STRAWN LLP
3 | 35 W. Wacker Drive
  | Chicago, IL 60601-9703
4 | Telephone: (312) 558-5600
  | Facsimile: (312) 558-5700

5 | Dana L. Cook-Milligan (SBN: 301340)
  | dlcook@winston.com
6 | WINSTON & STRAWN LLP
  | 101 California Street, 35th Floor
7 | San Francisco, CA 94111-5840
  | Telephone: (415) 591-1000
8 | Facsimile: (415) 591-1400

9 | Attorneys for Defendants
  | SUN-MAID GROWERS OF CALIFORNIA
10 | AND PLUM, PBC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| RAFAEL PASCHOAL, LISA CHONG, and ADINA RINGLER, as individuals, on behalf of themselves, the general public and those similarly situated, | Case No. 4:21-cv-07029-HSG |
| Plaintiffs, | **STIPULATION AND ORDER TO ENLARGE TIME TO RESPOND TO AMENDED COMPLAINT** |
| v. | |
| CAMPBELL SOUP COMPANY, SUN-MAID GROWERS OF CALIFORNIA, and PLUM, PBC, | |
| Defendants. | |

Pursuant to Local Rule 6-1(b), Plaintiffs Rafael Paschoal, Lisa Chong, and Adina Ringler (collectively, "Plaintiffs") and Plum, PBC ("Plum"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint against Campbell Soup Company ("Campbell's") and Sun-Maid Growers of California ("Sun-Maid") on September 10, 2021 (Dkt. 1);

WHEREAS, Plaintiffs filed their First Amended Complaint on October 28, 2021, in which Plum was added as a defendant (Dkt. 24);

WHEREAS, this Court entered an order on September 15, 2022 that granted Campbell's motion to dismiss and granted in part Plum and Sun-Maid's motion to dismiss, and in doing so, dismissed Campbell's and Sun-Maid from this action with leave to amend (Dkt. 73);

WHEREAS, the Court set a deadline for Plaintiffs to file an amended complaint within 28 days of the order (October 13, 2022);

WHEREAS, Plum's deadline to answer the First Amended Complaint is 14 days after the motion to dismiss order (September 29, 2022);

WHEREAS, Plaintiffs and Plum agree that it would be efficient for Plum's response deadline to be extended until after Plaintiffs' October 13 deadline to file an amended complaint;

WHEREAS, the proposed extension will not impact any court-imposed deadlines or case management schedules, or prejudice any of the parties;

NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED, subject to approval of the Court, that Plum's deadline to respond to the operative amended complaint be extended to October 28, 2022.

**IT IS SO STIPULATED.**

///

///

///

| | | |
|---|---|---|
| Dated:  September 22, 2022 | | **GURTRIDE SAFIER LLP** |
| | By: | */s/ Hayley A. Reynolds* |
| | | Seth A. Safier (SBN 197427) |
| | | seth@gutridesafier.com |
| | | Hayley A. Reynolds (SBN 306427) |
| | | hayley@gutridesafier.com |
| | | 100 Pine Street, Suite 1250 |
| | | San Francisco, California 94111 |
| | | Telephone: (415) 336-6545 |
| | | Facsimile: (415) 449-6469 |
| | | |
| | | Attorneys for Plaintiffs |
| | | RAFAEL PASCHOAL, LISA CHONG, AND ADINA RINGLER |

Dated:  September 22, 2022        **WINSTON & STRAWN LLP**

By:   */s/ Dana L. Cook-Milligan*
Christopher M. Murphy (*admitted pro hac vice*)
cmmurphy@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:     (312) 558-5600
Facsimile:     (312) 558-5700

Dana L. Cook-Milligan (SBN: 301340)
dlcook@winston.com
WINSTON & STRAWN LLP
101 California Street, 34th Floor
San Francisco, CA  94111-5840
Telephone:     (415) 591-1000
Facsimile:     (415) 591-1400

Attorneys for Defendants
SUN-MAID GROWERS OF CALIFORNIA
AND PLUM, PBC

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-l(h)(3)**

Pursuant to Civil Local Rule 5-l(h)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

By: */s/ Dana Cook-Milligan*
Dana L. Cook-Milligan (SBN: 301340)

**ORDER**

Pursuant to the Stipulation and good cause appearing, it is ordered Plum's deadline to respond to the operative amended complaint is extended to October 28, 2022.

**IT IS SO ORDERED.**

Dated: 9/23/2022

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge