UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAFAEL PASCHOAL, et al.,

        Plaintiffs,

    v.

CAMPBELL SOUP COMPANY, et al.,

        Defendants.

Case No. 21-cv-07029-HSG

**SCHEDULING ORDER**

A case management conference was held on November 15, 2022. Having considered the parties' proposals, *see* Dkt. No. 80, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | October 13, 2022 |
| Motion for Class Certification Filed | June 30, 2023 |
| Opposition to Motion for Class Certification Filed | August 28, 2023 |
| Reply in Support of Motion for Class Certification Filed | October 23, 2023 |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 11/16/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge