**WINSTON & STRAWN LLP**
Christopher M. Murphy (admitted *pro hac vice*)
cmmurphy@winston.com
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-7436
Facsimile: (312) 558-5700

**WINSTON & STRAWN LLP**
Dana L. Cook-Milligan (SBN: 301340)
dlcook@winston.com
101 California St., 35th Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile:  (415) 591-1400

Attorneys for Defendant Plum, PBC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL PASCHOAL, LISA CHONG, and ADINA RINGLER, as individuals, on behalf of themselves, the general public and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PLUM, PBC,<br><br>Defendant. | Case No. 4:21-cv-07029-HSG<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO CONFORM THE DOCKET TO REFLECT THE PARTIES AND COUNSEL FOLLOWING ECF NO. 73**<br><br>Honorable Haywood S. Gilliam, Jr. |

**ORDER**

Having read and considered Plum, PBC's Administrative Motion, and for good cause appearing, it is **HEREBY ORDERED** that

1. the Court docket shall be administratively conformed to accurately reflect the state of the parties and counsel of record following (i) the Motion to Dismiss Order found at Dkt. No. 73, and (ii) Plaintiffs not filing an amended complaint following the Motion to Dismiss Order, as follows:

    a. Campbell Soup Company is terminated as a defendant without prejudice, and its attorneys are terminated as counsel of record in the action; and

    b. Sun-Maid Growers of California is terminated as a defendant without prejudice, and its attorneys are terminated as counsel of record as representing Sun-Maid Growers of California. Nothing impacts Plum's attorneys' status as counsel of record for Plum in this matter (who are the same counsel that represented Sun-Maid).

**IT IS SO ORDERED.**

Dated: 1/19/2023

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE