1  GUTRIDE SAFIER LLP
2  SETH A. SAFIER (State Bar No. 197427)
   MARIE A. MCCRARY (State Bar No. 262670)
3  HAYLEY REYNOLDS (State Bar No. 306427)
   100 Pine Street, Suite 1250
4  San Francisco, CA 94111
   Telephone: (415) 639-9090
5  Facsimile: (415) 449-6469

6  Attorneys for Plaintiffs

7                  UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL PASCHOAL, LISA CHONG, and ADINA RINGLER, as individuals, on behalf of themselves, the general public and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PLUM, PBC,<br><br>Defendant. | Case No. 4:21-cv-07029-HSG<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

1  Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure
2  41(a)(1)(A)(ii), this action is and remains DISMISSED WITH PREJUDICE as to all Plaintiffs'
3  claims, causes of action, and parties, and WITHOUT PREJUDICE as to all putative class mem-
4  ber claims, with each party bearing their own attorneys' fees and costs. The Clerk is directed to
5  close the file.

DATED: 3/1/2023

*Haywood S. Gilliam Jr.*

Hon. Haywood S. Gilliam, Jr.